# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5309          2. DATE DOCKETED: 8/26/2025
3. CASE NAME (lead parties only) Gun Owners of America, Inc. v. ATF
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ◯ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:21-cv-02919-ABJ     Bankruptcy                         Tax
      Criminal                            Adversary
      Miscellaneous                       Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amy Berman Jackson                      Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 07-23-2025    e. Date notice of appeal filed: 08-25-2025
   f. Has any other notice of appeal been filed in this case?   ◯ Yes ⦿ No    If YES, date filed:
   g. Are any motions currently pending in trial court? ◯ Yes ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ◯ Yes ⦿ No
      If NO, why not? No Transcripts
   i. Has this case been before the Court under another appeal number? ⦿ Yes Appeal # 25-5251   ◯ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◯ Yes ⦿ No If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ◯ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No   If so, provide program name and participation dates

Signature /s/ Stephen D. Stambouliéh         Date 08-28-2025
Name of Party Gun Owners of America, Inc. and Gun Owners Foundation
Name of Counsel for Appellant/Petitioner Stephen D. Stambouliéh
Address PO Box 428, Olive Branch, MS 38654
Phone ( 601 ) 852-3440     Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that, on August 28, 2025, a copy of the foregoing document was filed utilizing this Court's CM/ECF system, which generated a notice of electronic filing and provided a copy of the foregoing to all counsel of record.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh