No. 25-5309                            September Term, 2024

1:21-cv-02919-ABJ

Filed On: August 29, 2025 [2132644]

Gun Owners of America, Inc. and Gun
Owners Foundation,

        Appellants

    v.

Bureau of Alcohol, Tobacco, Firearms and
Explosives,

        Appellee

# O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file response to motion for stay pending appeal, it is

**ORDERED** that the motion for extension of time be granted. Appellee's response to the motion for stay pending appeal is now due September 12, 2025.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                              BY:     /s/
                                                Louis Karl Fisher
                                                Deputy Clerk