# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, | No. 25-5309 |
| Plaintiffs-Appellants, | |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendant-Appellee. | |

## PLAINTIFFS-APPELLANTS' STATEMENT OF ISSUES TO BE RAISED ON APPEAL

1) Whether the District Court erred by ordering Plaintiffs-Appellants to "sequester the unredacted portions of the records produced in defendant's thirteenth production" and to "not disseminate, disclose, or use for any purpose those portions of the records"; and

2) Whether the District Court's Order violates Plaintiffs' First Amendment rights.

Dated: September 23, 2025              Respectfully submitted,

/s/ Robert J. Olson                    /s/ Stephen D. Stamboulieh
Robert J. Olson                         Stephen D. Stamboulieh
WILLIAM J. OLSON, P.C.                  STAMBOULIEH LAW, PLLC
370 Maple Avenue West, Ste. 4           P.O. Box 428
Vienna, VA 22180                        Olive Branch, MS 38654
T: (703) 356-5070                       T: (601) 852-3440
rob@wjopc.com                           stephen@sdslaw.us

1

# CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2025, a copy of the foregoing document was filed in this Court's CM/ECF system, which generated a Notice of Electronic Filing and delivered the document to all counsel of record. I further certify that counsel for Defendant-Appellee is a registered CM/ECF user and will be served via the CM/ECF system.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
