[ORAL ARGUMENT SCHEDULED FOR JANUARY 29, 2026]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., et al.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>    Defendant-Appellee. | No. 25-5309 |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Casen B. Ross, an attorney with the United States Department of Justice, will shortly be leaving government service. The government accordingly respectfully moves the Court to remove him from the docket as counsel in this matter. The government will continue to be represented by the remaining counsel who have appeared.

        Respectfully submitted,

        <u>*/s/ Casen B. Ross*</u>
        CASEN B. ROSS
        202.514.1923
          Attorney, Appellate Staff
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave., N.W.
          Room 7270
          Washington, D.C.  20530

December 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d) because it has been prepared using in 14-point Book Antiqua, and it contains 57 words, according to Microsoft Word.

*s/ Casen B. Ross*
Casen B. Ross

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

>  */s/ Casen B. Ross*
>  CASEN B. ROSS